# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DAMIEN FORD**                                                                       **PLAINTIFF**

**VS.**                                 **5:16-CV-00340-BRW**

**LAREIGN WARD,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith. Dismissal of this case constitute a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 31st day of October, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE